# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GZ LONG YA TRADING CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 1:24-cv-04193 <br><br> Judge Jorge L. Alonso <br><br> Magistrate Judge Keri L. Holleb Hotaling |

## PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION AS TO CERTAIN DEFENDANTS

Plaintiff GZ Long Ya Trading Co., Ltd. ("Plaintiff") by its counsel, seeks entry of a Preliminary Injunction against the defendants identified in the Amended Schedule "A". The scope of the Preliminary Injunction is substantially identical to the Temporary Restraining Order entered on June 6, 2024. [Dkt. 27]. This Motion is supported by a Memorandum of Law and a Declaration of Faye Deng filed concurrently.

Date: June 28, 2024                          Respectfully submitted,

                                                       */s/ Faye Yifei Deng*
                                                       Faye Yifei Deng
                                                       YK Law LLP
                                                       445 S Figueroa Street, Suite 2280
                                                       Los Angeles, California 90071
                                                       Telephone: (213) 401-0970
                                                       Email: fdeng@yklaw.us

                                                       *Attorney for Plaintiff GZ Long Ya Trading Co., Ltd.*