**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GZ LONG YA TRADING CO., LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>    Defendants. | Case No. 24-cv-04193<br><br>**Judge** Jorge L. Alonso<br><br>**Magistrate Judge** Keri L. Holleb Hotaling |

## **UNOPPOSED MOTION FOR EXTENSION OF TIME**

NOW COMES Defendant INFANS, by and through its undersigned counsel, respectfully moves this Court for an extension of time to respond to the Complaint of Plaintiff GZ LONG YA TRADING CO., LTD. ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 6, of twenty-one (21) days from July 19, 2024 to August 9, 2024, and, in so moving, states as follows:

1. The Complaint in the above-captioned matter was filed on May 21, 2024 [ECF No. 1].

2. Plaintiff filed a Return of Service stating service was executed on June 28, 2024 [ECF No. 53], making any answer due on or before July 19, 2024.

3. The parties are engaged in settlement communications and, in order to allow the parties to exhaust the potential for resolution and, alternatively, allow INFANS adequate time to investigate the allegations in the Complaint and prepare an appropriate response, INFANS requests additional time up to and including August 9, 2024 to respond to the Complaint.

4. On July 16, 2024, counsel for INFANS spoke to counsel for Plaintiff's counsel via e-mail and discussed the proposed extension. During this conversation, counsel for Plaintiff agreed to a 21-day extension to provide until August 9, 2024 to respond to the Complaint.

5. This is INFANS first request for an extension of time.

6. The requested extension of time shall not prejudice Plaintiff and will not unduly delay this litigation.

WHEREFORE, Defendant INFANS respectfully requests that this Court enter an order extending INFANS' responsive deadline to the Complaint to August 9, 2024, and for such other relief this Court finds just and equitable.

Dated this 17th day of July, 2024

                                            Respectfully Submitted,

                                            TROUTMAN PEPPER HAMILTON SANDERS LLP

                                            By: /s/ *Christina J. Lesko*
                                                   Christina J. Lesko, IL BAR #6306427
                                                   227 West Monroe Street, Suite 3900
                                                   Chicago, IL 60606
                                                   312-759-1922
                                                   Christina.lesko@troutman.com
                                                   *Attorneys for Defendant INFANS*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of July 2024, a true and correct copy of the foregoing *Defendant's Unopposed Motion for Extension of Time* was filed electronically with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Christina J. Lesko*
Christina J. Lesko