UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GZ LONG YA TRADING CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 1:24-cv-04193 <br><br> Judge Jorge L. Alonso <br><br> Magistrate Judge Keri L. Holleb Hotaling |

# PLAINTIFF'S MOTION TO STRIKE
# DEFENDANT HEXINLIAN'S ANSWER AND AFFIRMATIVE DEFENSES [146]

Plaintiff GZ Long Ya Trading Co., Ltd. ("Plaintiff") hereby moves this Honorable Court to strike Defendant Hexinlian's (No. 14) Answer and Affirmative Defenses to the Amended Complaint [146] (the "Answer").

Hexinlian did not indicate whether it will oppose to the motion.

Hexinlian was properly served on 7/1/2024 [53], making its deadline to file a responsive pleading *7/22/2024*. No responsive pleading was filed by Hexinlian by 7/22/2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). Hexinlian's Answer [146], filed on 11/13/2024, is not timely and should be stricken. Hexinlian did not seek leave of Court before filing its untimely Answer. Fed. R. Civ. P. 6(1)(B) (Court may extend time for good cause on a motion made after the time has expired, if the party has failed to act because of excusable delay). *See also Calvin Klein Trademark Trust, et al. v. The Partnerships, et al.*, No. 15-cv-2224 (N.D. Ill. Apr. 28, 2015) (Docket Entry No. 42) (striking late-filed answer and directing defendant to seek leave of Court). Likewise, Hexinlian's Answer does not provide any good cause for its delay of four months in filing its Answer.

For the foregoing reasons, Plaintiff respectfully requests that this Court strike Defendant Hexinlian's Answer and Affirmative Defenses to the Amended Complaint [146].

Date: November 13, 2024                Respectfully submitted,

/s/ *Faye Yifei Deng*
Faye Yifei Deng
YK Law LLP
445 S Figueroa Street, Suite 2280
Los Angeles, California 90071
Telephone: (213) 401-0970
Email: fdeng@yklaw.us

*Attorney for Plaintiff GZ Long Ya Trading Co., Ltd.*