**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| GZ LONG YA TRADING CO., LTD.,<br><br>      Plaintiff,<br><br> v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>      Defendants. | Case No. 1:24-cv-04193<br><br>Judge Keri L. Holleb Hotaling |

**JOINT STATUS REPORT**

  This Status Report is submitted by Plaintiff GZ Long Ya Trading Co., Ltd. ("Plaintiff") and Defendant Tonchean ("Defendant") pursuant to the Court's order dated 06/12/2025 [180]. The Court ordered the parties to submit an updated status report. The parties report as follows:

  Plaintiff served its second set discovery requests on Defendant and Defendant provided its unverified responses on June 14, 2025. Plaintiff provided its verified responses to Defendant's discovery requests on June 13, 2025. There is no pending discovery between the parties.

  Plaintiff provided its settlement demand letter to Defendant on June 25, 2025, and Defendant responded with an offer letter on July 9, 2025. Both letters were sent to the Court's Chamber pursuant to the Order dated May 12, 2025. [178].

  The parties have been engaged in settlement discussions and remain interested in a settlement conference.

Date: July 28, 2025                          Respectfully submitted,

*/s/ Faye Yifei Deng*
Faye Yifei Deng
YK Law LLP
445 S Figueroa Street, Suite 2280
Los Angeles, California 90071
Telephone: (213) 401-0970
Email: fdeng@yklaw.us

*Attorney for Plaintiff GZ Long Ya Trading Co., Ltd.*

/s/

FBN: 1007675
Jianyin Liu, Esq.
The Law Offices of James Liu, LLC
15750 SW 92nd Ave Unit 20C
Palmetto Bay, FL 33157
Ph: (305) 209 6188
Email: jamesliulaw@gmail.com
*Attorney for TONCHEAN*