# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

GZ Long Ya Trading Co., Ltd., et al.

                                   Plaintiff,

v.                                        Case No.: 1:24–cv–04193

                                              Honorable Keri L. Holleb Hotaling

TONCHEAN, et al.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 6, 2025:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: Virtual settlement conference held 8/6/2025. The case did not settle. Parties shall file a joint status report confirming fact discovery is complete by 9/2/2025. Expert reports remain due by 10/10/2025 [see Dkt. 173].(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.