UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GZ LONG YA TRADING CO., LTD.,<br><br>Plaintiff,<br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No. 1:24-cv-04193<br><br>Judge Keri L. Holleb Hotaling |

**JOINT STATUS REPORT**

This Status Report is jointly submitted by Plaintiff GZ Long Ya Trading Co., Ltd. ("Plaintiff") and Defendant Tonchean ("Tonchean") pursuant to the Court's order dated 09/04/2025 [188]. The Court ordered the parties to submit an updated status report. The parties report as follows:

The parties agreed that expert discovery was unnecessary and, accordingly, did not conduct any expert discovery. The parties respectfully request that the Court set deadlines for motion for summary judgment and propose the following dates:

Plaintiff's motion for summary judgment is due by November 14, 2025;

Tonchean's response is due by December 5, 2025;

Plaintiff's reply is due by December 19, 2025.

Tonchean's motion for summary judgment is due by November 14, 2025;

Plaintiff's response is due by December 5, 2025;

Tonchean's reply is due by December 19, 2025.

Date: October 15, 2025            Respectfully submitted,

*/s/ Faye Yifei Deng*
Faye Yifei Deng
YK Law LLP
445 S Figueroa Street, Suite 2280
Los Angeles, California 90071
Telephone: (213) 401-0970
Email: fdeng@yklaw.us

*Attorney for Plaintiff GZ Long Ya Trading Co., Ltd.*

/s/ Jianyin Liu

FBN: 1007675
Jianyin Liu, Esq.
The Law Offices of James Liu, LLC
15750 SW 92nd Ave Unit 20C
Palmetto Bay, FL 33157
Ph: (305) 209 6188
Email: jamesliulaw@gmail.com
*Attorney for TONCHEAN*