UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CL HE, an individual,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.
_____/

Case No. 1:24-cv-04193
Honorable Jorge L. Alonso
Magistrate Honorable Keri L. Holleb Hotaling

## DEFENDANT TONCHEAN'S MOTION FOR LEAVE TO AMEND ANSWER

Defendant TONCHEAN ("Defendant"), by and through undersigned counsel, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 15(a)(2) for leave to file its First Amended Answer to Plaintiff's Amended Complaint [DE 8]. In support thereof, Defendant states as follows:

### I. INTRODUCTION

1. Defendant filed its original Answer [DE 159] on December 21, 2024. Since that time, through ongoing investigation and discovery, Defendant has identified additional facts supporting affirmative defenses and counterclaims related to the invalidity of U.S. Patent Nos. D986,339 and D972,038 (the "Asserted Patents"). Specifically, prior art references. Additionally, the claimed designs are primarily functional rather than ornamental, invalidating them under 35 U.S.C. 171.

2. Defendant seeks to amend its Answer to include these affirmative defenses. The proposed amendments are timely, made in good faith, and will not prejudice Plaintiff or unduly delay the proceedings.

## II. LEGAL STANDARD

3. Federal Rule of Civil Procedure 15(a)(2) provides that a party may amend its pleading with the opposing party's written consent or the court's leave, and that "[t]he court should freely give leave when justice so requires." Leave to amend should be denied only if there is undue delay, bad faith, dilatory motive, repeated failure to cure deficiencies, undue prejudice to the opposing party, or futility. *Bausch v. Stryker Corp.*, 630 F.3d 546, 562 (7th Cir. 2010).

## III. ARGUMENT

4. There Has Been No Undue Delay. Defendant promptly sought to amend upon confirming the prior art references through review of USPTO records and public sales data. The original Answer was filed less than a year ago, and this motion follows recent confirmation of key evidence, including sales records from Amazon.com predating the Asserted Patents' filing dates (e.g., the INNOVART Puzzle Board Table sold on Amazon under ASIN B099WFYCK6 as early as July 20, 2021, and the ALL4JIG product available by at least November 2022).

5. The Amendments Are Made in Good Faith. The proposed amendments are based on newly confirmed evidence from public sources, including USPTO prosecution history (e.g., a March 6, 2023, rejection citing the INNOVART product as anticipating under 35 U.S.C. 102(a)(1)) and Amazon sales records. These facts directly support invalidity defenses and were not fully developed at the time of the original Answer.

6. No Prejudice to Plaintiff. Plaintiff will not be prejudiced, as the amendments do not introduce new claims requiring extensive additional discovery. The prior art is publicly available, and Plaintiff, as the patent owner, is already familiar with the prosecution history. Any minimal additional discovery can be accommodated within the current schedule.

7. The Amendments Are Not Futile. The proposed affirmative defenses and counterclaim state plausible grounds for invalidity. For example:

   - The INNOVART Puzzle Board Table, sold on Amazon's "SHIWAGIN shop" on or before July 20, 2021 (with sales authorization dated April 24, 2021), anticipates the claimed designs under 102, as noted in the USPTO rejection.

   - The claimed designs are primarily functional (e.g., tilting angles, drawers, and legs for practical use), not ornamental, invalidating them under 171. *See Best Lock Corp. v. Ilco Unican Corp.*, 94 F.3d 1563, 1566 (Fed. Cir. 1996).

      These grounds are supported by evidence and are not futile.

8. No Dilatory Motive or Repeated Failures. This is Defendant's first request to amend, and there is no evidence of bad faith.

### IV.  CONCLUSION

For the foregoing reasons, Defendant respectfully requests that the Court grant leave to file its First Amended Answer, a copy of which is attached hereto as Exhibit A.

Dated: November 10, 2025

Respectfully submitted,

/s/ Jianyin Liu
Jianyin Liu, Esq.
The Law Offices of James Liu PLLC
15750 SW 92nd Ave Unit 20C,
Palmetto Bay, FL 33157
Ph: (305) 209 6188   Fax: (305) 402 5959
Email: jamesliulaw@gmail.com
Attorney for Tonchean

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on Nov. 10, 2025, I served a copy of the foregoing document on all parties who have appeared via ECF.

/s/ Jianyin Liu
Jianyin Liu, Esq.