# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GZ LONG YA TRADING CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> Tonchean, <br><br> Defendant. | Case No. 1:24-cv-04193 <br><br> Judge Keri L. Holleb Hotaling |

## **STATEMENT**

This Statement is submitted by Plaintiff GZ Long Ya Trading Co., Ltd. ("Plaintiff") pursuant to the Court's Order dated November 12, 2025 [195]. Plaintiff hereby respectfully submits that it will oppose Defendant Tonchean's Motion for Leave to File an Amended Answer.

Date: November 12, 2025

Respectfully submitted,

*/s/ Faye Yifei Deng*
Faye Yifei Deng
YK Law LLP
445 S Figueroa Street, Suite 2280
Los Angeles, California 90071
Telephone: (213) 401-0970
Email: fdeng@yklaw.us

*Attorney for Plaintiff GZ Long Ya Trading Co., Ltd.*

1