UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GZ LONG YA TRADING CO., LTD.,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>　　　　　　　　Defendants. | Case No. 1:24-cv-04193<br><br>Judge Jorge L. Alonso<br><br>Magistrate Judge Keri L. Holleb Hotaling |

## SATISFACTION OF JUDGMENT

A Default Judgment was entered in the above-captioned action on August 14, 2024 [104], in favor of Plaintiff GZ Long Ya Trading Co., Ltd. ("Plaintiff"), against certain Defendants identified in Schedule A, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following defendant:

| Defendant Name | Defendant No. |
|---|---|
| Gxmmat | 78 |

Date: December 5, 2024

Respectfully submitted,

*/s/ Faye Yifei Deng*
Faye Yifei Deng
YK Law LLP
445 S Figueroa Street, Suite 2280
Los Angeles, California 90071
Telephone: (213) 401-0970
Email: fdeng@yklaw.us

*Attorney for Plaintiff GZ Long Ya Trading Co., Ltd.*