# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

GZ LONG YA TRADING CO., LTD.,

                              Plaintiff,

      v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

                             Defendants.

Case No. 1:24-cv-04193

**Hon. Keri L. Holleb Hotaling**

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, DAMAGES AWARD, AND INJUNCTIVE RELIEF

Plaintiff GZ Long Ya Trading Co., Ltd. ("Plaintiff"), respectively moves for summary judgment and a damages award against Defendant Tonchean ("Defendant"), pursuant to 35 U.S.C. § 271, for its infringement of Plaintiff's federally protected design patent by making, using, offering for sale, selling, and/or importing puzzle tables featuring Plaintiff's patented design without authorization or license within this district through its Wayfair e-commerce store. Plaintiff requests a damages award of at least $55,300 as Defendant's profit under 35 U.S.C. § 289, the entry of a permanent injunction prohibiting Defendant from infringing upon Plaintiff's design patent under 35 U.S.C. § 283, and an award of reasonable attorneys' fees under 35 U.S.C. § 285.

Date: December 22, 2025

Respectfully submitted,

/s/ *Faye Yifei Deng*
Faye Yifei Deng
YK Law LLP
445 S Figueroa Street, Suite 2280
Los Angeles, California 90071
Telephone: (213) 401-0970
Email: fdeng@yklaw.us

*Attorney for Plaintiff GZ Long Ya Trading Co., Ltd.*