# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

GZ Long Ya Trading Co., Ltd., et al.

                Plaintiff,

v.                                             Case No.: 1:24–cv–04193
                                              Honorable Keri L. Holleb Hotaling

TONCHEAN, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 6, 2026:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: Defendant Tonchean's motion to amend/correct answer to amended complaint [Dkt. 194] is DENIED. See separate Order for details. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.