UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GZ LONG YA TRADE CO., LTD., <br><br> Plaintiff, <br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 1:24-cv-04193 <br><br> **Hon. Keri L. Holleb Hotaling** |

PLAINTIFF'S RESPONSE TO
DEFENDANT'S STATEMENT OF ADDITIONAL FACTS

Plaintiff GZ Long Ya Trade Co., Ltd. ("Plaintiff"), by and through its attorneys, and pursuant to Rule 56 of the Federal Rules of Civil Procedure and LR 56.1, submits the following responses to Defendants' Statement of Additional Facts.

**Additional Fact No. 1:**

*Tonchean's product features distinct drawer handles, leg bracing, and tabletop proportions not shown in '339 Patent figures. See Exhibit A, B and C: Product photos. For a convenient comparison, see Figure 1 below.*

**Response**: Disputed. This statement is not supported by any admissible evidentiary material, including but not limited to an expert report, declaration, affidavit, deposition, admissions, interrogatory answer, or authenticated documents. Defendant did not produce the material identified as Exhibits A and B during discovery and provided them for the first time with its LR 56.1 (b)(3) submission. *See* Declaration of Faye Yifei Deng, at ¶ 2; attached as Exhibit 1.

Although Exhibit C consists of a Wayfair product listing previously submitted by Plaintiff [Dkt. No. 202-8], it does not support Defendant's assertion regarding purported difference in its accused design. Thus, pursuant to LR 56.1(d)(2), the Court should disregard this statement in its entirety.

**Additional Fact No. 2:**

*Functional elements (drawers, tilt, legs) dominate '339 Patent's overall appearance.*



**Figure 1: Comparison-1**

**Response**: Disputed. This statement constitutes improper legal argument rather than a factual assertion and therefore violates of LR 56.1(d)(4), and should be disregarded by the Court. In addition, the image presented alongside "TONCHEAN's Product" lacks any evidentiary foundation, including authentication or identification of its source, and is not supported by any admissible evidence.

Date: February 3, 2026  Respectfully submitted,

*/s/ Faye Yifei Deng*
Faye Yifei Deng
YK Law LLP
445 S Figueroa Street, Suite 2280
Los Angeles, California 90071
Telephone: (213) 401-0970
Email: fdeng@yklaw.us

*Attorney for Plaintiff GZ Long Ya Trading Co., Ltd.*
