GZ Long Ya Trading Co., Ltd., et al.

Plaintiff,

v.

Case No.: 1:24–cv–04193
Honorable Keri L. Holleb Hotaling

TONCHEAN, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 29, 2026:

MINUTE entry before the Honorable Keri L. Holleb Hotaling: For the reasons articulated in the accompanying Memorandum Opinion and Order, the Court awards Plaintiff monetary damages in the amount of $55,300 against Defendant Tonchean. Enter Memorandum Opinion and Order. Civil case terminated. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.