**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS**

GZ  Long Ya Trading

Co., Ltd., Plaintiff(s),

v.

The Partnerships and
Unincorporated
Associations Identified
on Schedule "A"
Defendant(s).

Case No. 24 CV 4193
Judge Keri L. Holleb Hotaling

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☑ other: Judgment is entered in favor of plaintiff, GZ Long Trading Co. Ltd., and against
defendant, Tonchean in the amount of $55,300.00

---

This action was *(check one)*:

☐ tried by a jury with Judge                              presiding, and the jury has rendered a verdict.
☐ tried by Judge                              without a jury and the above decision was reached.
☑ decided by Judge  Keri L. Holleb Hotaling        on a motion for summary judgment.

Date: May 29, 2026                    Thomas G. Bruton, Clerk of Court

R. Franco                          , Deputy Clerk